UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAAFAT ELSISY,

    Plaintiff,

v.

CITY OF KEEGO HARBOR, ET AL.,

    Defendants.

_____/

Case No. 19-cv-13346

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#49]

This matter is before the Court on Plaintiff's Motion for Sanctions under Federal Rule of Civil Procedure 11(c)(4). ECF No. 29. The Court referred the matter to Magistrate Judge Anthony P. Patti, who issued a Report and Recommendation on August 11, 2020, recommending that the Court deny Plaintiff's Motion for Sanctions. ECF No. 49. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Patti's August 11,

2020 Report and Recommendation [#49] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Sanctions [#29] is thus **DENIED**.

**IT IS SO ORDERED.**

Dated: November 4, 2020

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 4, 2020, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager