UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAAFAT ELSISY,

    Plaintiff,

v.

Case No.: 2:19-cv-13346
Hon. Gershwin A. Drain

CITY OF KEEGO HARBOR and
DAVID MCDONALD,

    Defendants.
_____/

## ORDER FOR BENCH WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before this Court, without unnecessary delay, Raafat Elsisy, 2488 Fordham St., Keego Harbor, MI 48320, who is accused of a violation based on an Order of this Court. The violation is described as follows:

> On April 18, 2025, the Honorable Gershwin A. Drain issued an order directing Raafat Elsisy to appear before him on May 8, 2025, at 10:00 a.m., and show cause why he should not be held in contempt of court for failing to comply with the Court's Order to pay a monetary sanction after his repeated failures to abide by other Court Orders. The Order also provided that should Plaintiff fail to appear at the show cause hearing, the Court would issue a bench warrant for his arrest.

1

On May 8, 2025, the Honorable Gershwin A. Drain held the aforementioned hearing and Raafat Elsisy failed to appear, despite having been served on April 18, 2025 with a copy of the Court's Order directing his appearance.

On May 8, 2025, the Honorable Gershwin A. Drain directed that a bench warrant for Raafat Elsisy be prepared and issued for his arrest.

**SO ORDERED.**

Dated: May 8, 2025                                             /s/Gershwin A. Drain
                                                                              GERSHWIN A. DRAIN
                                                                              United States District Judge